| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
|   | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
|   | HOLLY GAUDREAU (State Bar No. 209114) |
| 3 | Two Embarcadero Center, 8th Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone:  (415) 576-0200 |
|   | Facsimile:  (415) 576-0300 |
| 5 | gsgilchrist@townsend.com; glcincone@townsend.com |
|   | hgaudreau@townsend.com |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | LEVI STRAUSS & CO. |
| 8 | FISH & RICHARDSON P.C. |
|   | David J. Miclean (State Bar No. 115098/miclean@fr.com) |
| 9 | 500 Arguello St., Suite 500 |
|   | Redwood City, CA 94063 |
| 10| Telephone: (650) 839-5070 |
|   | Facsimile: (650) 839-5071 |
| 11| |
|   | FISH & RICHARDSON P.C. |
| 12| John T. Johnson (*Pro Hac Vice* pending/jjohnson@fr.com) |
|   | Irene E. Hudson (*Pro Hac Vice* pending/Hudson@fr.com) |
| 13| Citigroup Center - 52nd Floor |
|   | 153 East 53rd Street |
| 14| New York, NY 10022 |
|   | Telephone: (212) 765-5070 |
| 15| Facsimile: (212) 258-2291 |
| 16| Attorneys for Defendant |
|   | WICKED FASHIONS, INC. |
| 17| |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/15/06*

LEVI STRAUSS & CO., )  Case No. C-06-00522 RMW
         Plaintiff,   )
                      )  **STIPULATION AND**
    v.                )  **ORDER SELECTING ADR**
                      )  **PROCESS**
WICKED FASHIONS, INC.,)
         Defendant.   )

Counsel report that the have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

- 1 -

STIPULATION AND ORDER                Levi Strauss & Co. v. Jeanius Corp. and Frank Mechaly
SELECTING ADR PROCESS                                          Case No. C-06-00522-RMW

- 2 -

1   The parties agree to participate in the following ADR process:

2   **Court Processes:**

3           Non-binding Arbitration (ADR L.R. 4)
    ✓ Early Neutral Arbitration (ENE) (ADR L.R. 5)
4           Mediation (ADR L.R. 6)

5   *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5).*

8   **Private Process:**
    Private ADR *(please identify process and provider)* _____.

10  The parties agree to hold the ADR session by:
    ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

12      other requested deadline _____.

14  DATED: June 9, 2006                By:  /s/ Holly Gaudreau
                                            Attorney for Plaintiff

16  DATED: June 9, 2006                By:  /s/ Irene E. Hudson (*Pro Hac Vice pending*)
                                            Attorneys for Defendant

17  60792761 v1

19      IT IS SO ORDERED.

20      DATED: 6/15/06            /S/ RONALD M. WHYTE
                                           _____
21                                         U.S. District Judge