```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (State Bar No. 111536)
 2  GIA L. CINCONE (State Bar No. 141668)
    HOLLY GAUDREAU (State Bar No. 209114)
 3  Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
 4  Telephone:  (415) 576-0200
    Facsimile:  (415) 576-0300
 5  gsgilchrist@townsend.com; glcincone@townsend.com
    hgaudreau@townsend.com
 6
    Attorneys for Plaintiff
 7  LEVI STRAUSS & CO.

 8  FISH & RICHARDSON P.C.
    DAVID J. MICLEAN (State Bar No. 115098)
 9  500 Arguello St., Suite 500
    Redwood City, CA 94063
10  Telephone: (650) 839-5070
    Facsimile: (650) 839-5071
11  miclean@fr.com

12
    Attorneys for Defendant
13  WICKED FASHIONS, INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 06 0522 RMW |
| Plaintiff, | **NOTICE OF TENTATIVE SETTLEMENT** |
| v. | |
| WICKED FASHIONS, INC., a New York corporation, | |
| Defendant. | |

Plaintiff Levi Strauss & Co. ("LS&CO.") and Defendant Wicked Fashions, Inc. ("WFI") hereby notify the Court that the parties expect to settle their dispute, and are in the process of negotiating the final terms of the settlement. Accordingly, LS&CO. requests that the Court suspend all case deadlines, while the parties attempt to finalize their settlement. If for some reason settlement

Notice of Tentative Settlement   Levi Strauss & Co. v. Wicked Fashions, Inc.
Case No. C 06 0522 RMW

- 2 -

1  is not finalized within 30 days, LS&CO. will notify the Court and request that the action be reinstated.

2  Alternatively, the parties have no objection to entry of an Order of Conditional Dismissal that

3  would allow LS&CO. to reactivate this case if settlement is not finalized within 30 days.

4

5  Respectfully submitted,

6  DATED: July 5, 2007    TOWNSEND AND TOWNSEND AND CREW LLP

7  By: /s/Holly Gaudreau
   Holly Gaudreau

8
9  Attorneys for Plaintiff
   LEVI STRAUSS & CO.

10  DATED: July 5, 2007    FISH & RICHARDSON P.C.
11

12  By: /s/ Irene E. Hudson
   Irene E. Hudson
13
   Attorneys for Defendant
14  WICKED FASHIONS, INC.

15

16  IT IS SO ORDERED

17  DATED: July___, 2007

18
   _____
   Hon. Ronald M. Whyte
19

20  61089289 v1

21

22

23

24

25

26

27

28