```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com
hgaudreau@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

FISH & RICHARDSON P.C.
DAVID J. MICLEAN (State Bar No. 115098)
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
miclean@fr.com

Attorneys for Defendant
WICKED FASHIONS, INC.
```

*E-FILED - 7/9/07*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>          Plaintiff,<br><br>     v.<br><br>WICKED FASHIONS, INC., a New York corporation,<br><br>          Defendant. | Case No. C 06 0522 RMW<br><br>**NOTICE OF TENTATIVE SETTLEMENT** AND ORDER |

   Plaintiff Levi Strauss & Co. ("LS&CO.") and Defendant Wicked Fashions, Inc. ("WFI") hereby notify the Court that the parties expect to settle their dispute, and are in the process of negotiating the final terms of the settlement. Accordingly, LS&CO. requests that the Court suspend all case deadlines, while the parties attempt to finalize their settlement. If for some reason settlement

- 1 -

1  is not finalized within 30 days, LS&CO. will notify the Court and request that the action be reinstated.

2  Alternatively, the parties have no objection to entry of an Order of Conditional Dismissal that

3  would allow LS&CO. to reactivate this case if settlement is not finalized within 30 days.

Respectfully submitted,

DATED: July 5, 2007         TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/Holly Gaudreau
Holly Gaudreau

Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: July 5, 2007         FISH & RICHARDSON P.C.

By: /s/ Irene E. Hudson
Irene E. Hudson

Attorneys for Defendant
WICKED FASHIONS, INC.

IT IS SO ORDERED. The Court to set a Case Management Conference for August 10, 2007 @ 10:30 a.m.  If the settlement is final, the parties are ordered to file a dismissal with the court by August 6, 2007.

DATED: July 9, 2007

*Ronald M. Whyte*
Hon. Ronald M. Whyte

61089289 v1