| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | HOLLY GAUDREAU (State Bar No. 209114) |
| 3 | Two Embarcadero Center, 8th Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 576-0200 |
| | Facsimile: (415) 576-0300 |
| 5 | gsgilchrist@townsend.com; glcincone@townsend.com |
| | hgaudreau@townsend.com |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | LEVI STRAUSS & CO. |
| 8 | FISH & RICHARDSON P.C. |
| | DAVID J. MICLEAN (State Bar No. 115098) |
| 9 | 500 Arguello St., Suite 500 |
| | Redwood City, CA 94063 |
| 10 | Telephone: (650) 839-5070 |
| | Facsimile: (650) 839-5071 |
| 11 | miclean@fr.com |

Attorneys for Defendant
WICKED FASHIONS, INC.

*E-FILED - 7/9/07*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 06 0522 RMW |
| Plaintiff, | **NOTICE OF TENTATIVE SETTLEMENT** |
| v. | AND ORDER |
| WICKED FASHIONS, INC., a New York corporation, | |
| Defendant. | |

Plaintiff Levi Strauss & Co. ("LS&CO.") and Defendant Wicked Fashions, Inc. ("WFI") hereby notify the Court that the parties expect to settle their dispute, and are in the process of negotiating the final terms of the settlement. Accordingly, LS&CO. requests that the Court suspend all case deadlines, while the parties attempt to finalize their settlement. If for some reason settlement

is not finalized within 30 days, LS&CO. will notify the Court and request that the action be reinstated.

Alternatively, the parties have no objection to entry of an Order of Conditional Dismissal that would allow LS&CO. to reactivate this case if settlement is not finalized within 30 days.

Respectfully submitted,

DATED: July 5, 2007        TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/Holly Gaudreau
    Holly Gaudreau

Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: July 5, 2007        FISH & RICHARDSON P.C.

By: /s/ Irene E. Hudson
    Irene E. Hudson

Attorneys for Defendant
WICKED FASHIONS, INC.

IT IS SO ORDERED. The Court to set a Case Management Conference for August 10, 2007 @ 10:30 a.m. If the settlement is final, the parties are ordered to file a dismissal with the court by August 6, 2007.

DATED: July 9, 2007

*Ronald M. Whyte*
Hon. Ronald M. Whyte

61089289 v1