| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>GREGORY S. GILCHRIST (State Bar No. 111536)<br>GIA L. CINCONE (State Bar No. 141668)<br>HOLLY GAUDREAU (State Bar No. 209114)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300<br>gsgilchrist@townsend.com; glcincone@townsend.com<br>hgaudreau@townsend.com<br><br>Attorneys for Plaintiff<br>LEVI STRAUSS & CO. | ***E-FILED - 8/9/07*** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>             Plaintiff,<br><br>     v.<br><br>WICKED FASHIONS, INC., a New York corporation,<br><br>             Defendant. | Case No. C 06 0522 RMW<br><br>**PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING OF DISMISSAL AND ORDER**<br><br>CMC Date:  August 10, 2007<br>Time:           10:30 a.m.<br>Courtroom 6, 4th Floor |

On July 9, 2007, the Court ordered the parties to file a dismissal of this action by August 6, 2007 and set a Case Management Conference for August 10, 2007 at 10:30 a.m.  The parties have been engaged in settlement negotiations and are finalizing the terms of the settlement agreement.  Counsel had scheduled a conference call on August 1, 2007 to discuss and finalize settlement.  That day, however, counsel for plaintiff Levi Strauss & Co. ("LS&CO.") was informed that John Johnson, counsel for defendant Wicked Fashions, Inc. ("WFI"), had just been admitted to the hospital for emergency surgery to remove his appendix.  Counsel for LS&CO. currently does not know how long Mr. Johnson is expected to be in the hospital for recovery.  Further, counsel for LS&CO. has been dealing with Mr. Johnson only since his associate on the case is out of the office as she recently had a baby.  Accordingly, to allow the parties sufficient time to finalize settlement, LS&CO. respectfully

- 2 -

1    requests that the Court continue the Case Management Conference for two weeks, until August 24,

2    2007, and that the deadline for dismissal of the action be continued until August 20, 2007.

                                                                   Respectfully submitted,

DATED: August 2, 2007           TOWNSEND AND TOWNSEND AND CREW LLP

                                                                   By: /s/ Holly Gaudreau
                                                                              Holly Gaudreau

                                                                      Attorneys for Plaintiff
                                                                    LEVI STRAUSS & CO.

IT IS SO ORDERED

DATED:  August 9, 2007

                                                                    *Ronald M. Whyte* (signature)
                                                                   Hon. Ronald M. Whyte
                                                                   United States District Judge

61115279 v1