| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
|   | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
|   | HOLLY GAUDREAU (State Bar No. 209114) |
| 3 | Two Embarcadero Center, 8th Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone:  (415) 576-0200 |
|   | Facsimile:  (415) 576-0300 |
| 5 | gsgilchrist@townsend.com; glcincone@townsend.com |
|   | hgaudreau@townsend.com |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | LEVI STRAUSS & CO. |
| 8 | FISH & RICHARDSON P.C. |
|   | DAVID J. MICLEAN (State Bar No. 115098) |
| 9 | 500 Arguello St., Suite 500 |
|   | Redwood City, CA 94063 |
| 10 | Telephone: (650) 839-5070 |
|   | Facsimile: (650) 839-5071 |
| 11 | miclean@fr.com |
| 12 | John T. Johnson (Admitted *Pro Hac Vice*) |
|   | Irene E. Hudson(Admitted *Pro Hac Vice*) |
| 13 | FISH & RICHARDSON P.C. |
|   | Citigroup Center - 52nd Floor |
| 14 | 153 East 53rd Street |
|   | New York, NY 10022 |
| 15 | Telephone:  (212) 765-5070 |
|   | Facsimile:  (212) 258-2291 |
| 16 | jjohnson@fr.com; hudson@fr.com |
| 17 | Attorneys for Defendant |
|   | WICKED FASHIONS, INC. |
| 18 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 06 0522 RMW |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| WICKED FASHIONS, INC., a New York corporation, | |
| Defendant. | |

1  Plaintiff Levi Strauss & Co. ("LS&CO.") and Defendant Wicked Fashions, Inc. ("WFI") by
2  their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this
3  action be and hereby is dismissed with prejudice. Each party shall bear its own costs and attorneys'
4  fees.

Respectfully submitted,

DATED: August 23, 2007        TOWNSEND AND TOWNSEND AND CREW LLP

By: */s/ Holly Gaudreau*
    Holly Gaudreau

Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: August 23, 2007        FISH & RICHARDSON P.C.

By: */s/ John T. Johnson*
    John T. Johnson

Attorneys for Defendant
WICKED FASHIONS, INC.

61089289 v1

- 1 -